UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN P. BASPED,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEBBIE ASUNCION,<br><br>　　　　　Respondent. | No.  2:20-cv-2513 AC P<br><br>ORDER |

　　　By order filed December 22, 2020, petitioner was ordered to file a completed in forma pauperis application or pay the filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty-day period has now expired, and petitioner has not filed an application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the order.

　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, petitioner shall file an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: February 3, 2021

_/s/ Allison Claire_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE